IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BENNIE RICHARDSON,

   Plaintiff,

    v.

ALPHONSO R. JACKSON,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-2862-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 28] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 18] and denying the Plaintiff's Motion to Dismiss [Doc. 22]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 18] is GRANTED. The Plaintiff's Motion to Dismiss [Doc. 22] is DENIED.

SO ORDERED, this 25 day of February, 2008.

                  /s/Thomas W. Thrash
                  THOMAS W. THRASH, JR.
                  United States District Judge

T:\ORDERS\06\Richardson\r&r.wpd